## 29605.   NEW v. THE STATE.

Broyles, C. J.   The decision in this case is controlled by the decision in *New* v. *State*, ante, and it is so admitted in the brief of counsel for the plaintiff in error.

Judgment affirmed. *MacIntyre and Gardner, JJ., concur.*

Decided October 3, 1942.